UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

FEI HANG CHEN, WAN TAI HO, LIN LAN,
WEI JIAN MA, HONG HUI SU, DANNY WONG
a/k/a WONG TIA CHOI, WAN YA WONG,  WEI HUA WU,
XUE BIN ZHANG,  YING JUN ZHAO, ZEN QUAN ZHAO,          CASE NO. 08-CV-5404 (DC)
and LIU ZHONG,

                                        Plaintiffs,              **NOTICE OF FILING**
                                                                **PLAINTIFFS' CONSENTS**

         - against -

JING FONG RESTAURANT, INC., SHUI LING LAM,
YAU MING LAM, CHUN TSUI, CHUNG KO CHENG,
POK MAN LEUNG, and K. MING LAM,

                                        Defendants.
-----------------------------------------------------------------------x

        Plaintiffs, Fei Hang Chen, Wan Tai Ho, Lin Lan, Wei Jian Ma, Hong Hui Su, Danny Wong,

Wan Ya Wong, Wei Hua Wu, Sue Bin Zhang, Ying Jun Zhao, Zen Quan Zhao, and Liu Zhong, by

and through undersigned counsel, give notice of filing the attached Consents by the Plaintiffs,

pursuant to 29 U.S.C. §216(b).

Dated: June 16, 2008                    GALLET DREYER & BERKEY, LLP

                                        By: _____
                                             David T. Azrin, Esq.

                                        845 Third Avenue, 8th Floor
                                        New York, New York 10022
                                        Tel. (212) 935-3131
                                        Email: dta@gdblaw.com
                                        *Co-Counsel for Plaintiffs*

                                        FONG & WONG, PC
                                        Robert Wong, Esq.
                                        254 Canal Street
                                        New York, New York 10013
                                        Tel. (212) 966-6668
                                        Email: robertwong@fongandwong.com
                                        *Co-Counsel for Plaintiffs*

## CONSENT TO BE A PARTY PLAINTIFF

I, _FEI HANG CHEN_____, plaintiff in this action, hereby consent to be a

party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau

Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek

redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other

claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in

the suit.

<u>同意成為集體原告人意願書</u>

本人 <u>陳飛航</u> 是此案原告人, 現同意加入集體原告人, 為了此次向金豐酒樓, Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216 (b) 條例, 及其他各項索償。

我現委任 FONG & CUONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

簽名: _____  6/6 08

## CONSENT TO BE A PARTY PLAINTIFF

I, _____, plaintiff in this action, hereby consent to be a

party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau

Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek

redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other

claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in

the suit.

<u>同意成為集體原告人意願書</u>

本人 雲大可 是此案原告人, 現同意加入集體原告人, 為了此次向金豐酒樓, Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216 (b) 條例, 及其他各項索償。

　　我現委任 FONG & WONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

　　　　　　　簽名: _____

## CONSENT TO BE A PARTY PLAINTIFF

I, _Lin Lan_ , plaintiff in this action, hereby consent to be a

party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau

Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek

redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other

claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in

the suit.

<u>同意成為集體原告人意願書</u>

本人 __林 崑__ 是此案原告人，現同意
加入集體原告人，為了此次向金豐酒樓，
Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng,
Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及
追討賠償。因其違反紐約勞工法例及公平
勞工標準令之 29 U.S.C. 第 216 (b) 條例，及其
他各項索償。

我現應住 FONG & CUONG, P.C. 每 GALLET DREYER
& BERKEY LLP 代表我提出訴訟。

簽名: __林 崑__

## CONSENT TO BE A PARTY PLAINTIFF

I, _Wei Jian Ma_____, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

_Wei Jian Ma_____

<u>同意成為集體原告人意願書</u>

本人 <u>馬偉健</u> 是此案原告人，現同意加入集體原告人，為了此次向金豐酒樓，Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216(b) 條例，及其他各項索償。

　　我現委任 FONG & WONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

　　　　簽名: <u>馬偉健</u>

## CONSENT TO BE A PARTY PLAINTIFF

I, _Hong Hui Su_ , plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

<u>同意成為集體原告人意願書</u>

本人 <u>苏洪輝</u> 是此案原告人，現同意加入集體原告人，為了此次向金豐酒樓，Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chew Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216(b) 條例，及其他各項索償。

我現授權任 FONG & CUONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

簽名：苏洪輝

## CONSENT TO BE A PARTY PLAINTIFF

I, _DANNY WONG_____, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

<u>同意成為集體原告人意願書</u>

本人 ___王天財___ 是此案原告人,現同意加入集體原告人,為了此次向金豐酒樓, Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償,因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216(b) 條例,及其他各項索償。

　　我現委任 FONG & WONG, P.C. 每 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

　　　　簽名: ___王天財___

## CONSENT TO BE A PARTY PLAINTIFF

I, _WAN YA WONG_____, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

<u>同意成為集體原告人意願書</u>

　本人 <u>黃婉婭</u> 　　是此案原告人, 現同意
加入集體原告人, 為了此次向金豐酒樓,
Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng,
Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及
追討賠償。因其違反紐約勞工法例及公平
勞工標準令之 29 U.S.C. 第 216 (b) 條例, 及其
他各項索償。

　我現委任 FONG & WONG, P.C. 每 GALLET DREYER
& BERKEY LLP 代表我提出訴訟。

　　　　　　簽名: <u>黃婉婭</u>

## CONSENT TO BE A PARTY PLAINTIFF

I, ___Wei Hua Wu___, plaintiff in this action, hereby consent to be a

party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau

Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek

redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other

claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in

the suit.

<u>同意成為集體原告人意願書</u>

本人 <u>伍卫华</u> 是此案原告人, 现同意加入集體原告人, 為了此次向金豐酒樓, Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第 216(b) 條例, 及其他各項索償。

　　秘茂庵住 FONG & WONG, P.C. 每 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

簽名: 

## CONSENT TO BE A PARTY PLAINTIFF

I, ___ZHANG  XUE  BIN___, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

## CONSENT TO BE A PARTY PLAINTIFF

I, _YING JUN ZHAO_____, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

_Ying Jun Zhao_

## <u>同意成為集體原告人意願書</u>

本人 <u>趙英俊</u>　　是此案原告人, 現同意加入集體原告人, 為了此次向金豐酒樓, Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償, 因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第216(b)條例, 及其他各項索償。

　　我現應任 FONG & WONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

　　　　　　簽名: <u>趙英俊</u>

## CONSENT TO BE A PARTY PLAINTIFF

I, ___ZEN QUAN ZHAO___, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

<u>同意成為集體原告人意願書</u>

本人 <u>趙鎮權</u> 是此案原告人，現同意加入集體原告人，為了此次向金豐酒樓，Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第216(b)條例，及其他各項索償。

我現廖任 FONG & WONG, P.C. 每 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

簽名：<u>趙鎮權</u>

## CONSENT TO BE A PARTY PLAINTIFF

I, _Ziu  ZHONG_____, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

<u>同意成為集體原告人意願書</u>

本人 <u>柳 忠</u> 是此案原告人，現同意加入集體原告人，為了此次向金豐酒樓，Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung 和 Chen Kwok Cheng 提出訴訟及追討賠償。因其違反紐約勞工法例及公平勞工標準令之 29 U.S.C. 第216(b)條例，及其他各項索償。

我現應任 FONG & WONG, P.C. 與 GALLET DREYER & BERKEY LLP 代表我提出訴訟。

簽名： <u>柳 忠</u>