UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
FEI HANG CHEN, TAI HO WAN, LAN LIN,
WEI JIAN MA, HONG HUI SU, DANNY WONG
a/k/a TIN CHO WONG, WAN YA WONG, WEI HUA WU,
XUE BIN ZHANG, YING JUN ZHAO, ZEN QUAN ZHAO,
ZHONG LIU, and YOU SI HUANG,

                              Plaintiffs,

- against -

JING FONG RESTAURANT, INC., SHUI LING LAM,
YAU MING LAM, CHUN TSUI, CHUNG KO CHENG,
POK MAN LEUNG, and K. MING LAM,

                              Defendants.
------------------------------------------------------------------x

**ECF Case**

Case No. 08-CV-5404 (DC)

**NOTICE OF FILING
ADDITIONAL PLAINTIFF'S
CONSENT**

Plaintiffs, by and through undersigned counsel, give notice of filing the attached Consent by the additional Plaintiff, You Si Huang, pursuant to 29 U.S.C. §216(b).

Dated: July 3, 2008

GALLET DREYER & BERKEY, LLP

By: _____
    David T. Azrin, Esq.

845 Third Avenue, 8th Floor
New York, New York 10022
Tel. (212) 935-3131
Email: dta@gdblaw.com
*Co-Counsel for Plaintiffs*

FONG & WONG, PC
Robert Wong, Esq.
254 Canal Street
New York, New York 10013
Tel. (212) 966-6668
Email: robertwong@fongandwong.com
*Co-Counsel for Plaintiffs*

Case 1:08-cv-05404-JSR   Document 4   Filed 07/03/2008   Page 2 of 2

## CONSENT TO BE A PARTY PLAINTIFF

I, _You Si Huang_, plaintiff in this action, hereby consent to be a party plaintiff in this lawsuit against the defendants Jing Fong Restaurant, Inc., Sui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, in order to seek redress for violations of the New York Labor Law and the Fair Labor Standards Act, among other claims, pursuant to 29 U.S.C. Section 216(b).

I hereby designate Fong & Wong, P.C. and Gallet Dreyer & Berkey LLP to represent me in the suit.

_Huang You Si_