Michael J. DiMattia, Esq.
Philip A. Goldstein, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FEI HANG CHEN, TAI HO WAN, LAN LIN, WEI :
JIAN MA, HONG HUI SU, DANNY WONG a/k/a :
TIN CHO WONG, WAN YA WONG, WEI HUA :
WU, XUE BIN ZHANG, YING JUN ZHAO, ZEN :
QUAN ZHAO, ZHONG LIU, and YOU SI HUANG, :

              Plaintiffs,

           -against-

JING FONG RESTAURANT, INC., SHUI LING
LAM, YAU MING LAM, CHUN TSUI, CHUNG KO
CHENG, POK MAN LEUNG, and K. MING LAM,

              Defendants.
---------------------------------------------------------------x

ECF CASE

Case No: 08 CV 5404 (DC)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Fei Hang Chen, Tai Ho Wan, Lan Lin, Wei Jian Ma, Hong Hui Su, Danny Wong a/k/a Tin Cho Wong, Wan Ya Wong, Wei Hua Wu, Xue Bin Zhang, Ying Jun Zhao, Zen Quan Zhao, Zhong Liu, And You Si Huang ("Plaintiffs") and counsel for Defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and K. Ming Lam ("Defendants") that the time for Defendants to answer, move, or otherwise respond to the Plaintiff's First Amended Complaint in this action is hereby extended to and including August 29, 2008. A facsimile copy of this stipulation will serve the same purposes as original signatures.

\6495854.1

So ordered -

*[signature]*
August 21, 2008

Dated:  New York, New York
        August 19, 2008

_____
Michael J. DiMattia
Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105
(212) 548-2100
Attorneys for Defendants

_____
David T. Azrin
Gallet, Dreyer & Berkey, LLP
845 Third Avenue, 8th Floor
New York, NY 10022
(212) 935-3131
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

\6495854.1