Michael J. DiMattia (MJD 0438)
Philip A. Goldstein (PAG 0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

FEI HANG CHEN, TAI HO WAN, LAN LIN, WEI JIAN MA, HONG HUI SU, DANNY WONG a/k/a TIN CHO WONG, WAN YA WONG, WEI HUA WU, XUE BIN ZHANG, YING JUN ZHAO, ZEN QUAN ZHAO, ZHONG LIU, and YOU SI HUANG,

Plaintiffs,

v.

JING FONG RESTAURANT, INC., SHUI LING LAM, YAU MING LAM, CHUN TSUI, CHUNG KO CHENG, POK MAN LEUNG, and K. MING LAM,

Defendants.

---------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ECF Case**

Case No: 08 CV 5404 (DC)

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and K. Ming Lam (non-governmental parties) certifies that Defendants do not have corporate parents, subsidiaries, or affiliates which are publicly held.

\6521157.1

Dated: August 29, 2008
New York, New York

McGUIREWOODS LLP

By: _____

Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10156-0106
Counsel for Defendants

\6521157.1