## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following:

1. Answer

2. Defendants' Rule 7.1 Disclosure Statement

to be served upon plaintiffs by CM/ECF and by depositing same via United States Postal Service, first class mail, postage prepaid to:

> David T. Azrin, Esq.
> Gallet Dreyer & Berkey, LLP
> 845 Third Avenue, 8th Floor
> New York, New York 10022
> Attorney for the Plaintiff
>
> Robert Wong, Esq.
> Fong & Wong, PC
> 254 Canal Street
> New York, New York 10013
> Attorney for the Plaintiff

Dated: New York, New York
August 29, 2008

_____
Philip A. Goldstein

\6519538.1