Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

FEI HANG CHEN, TAI HO WAN, LAN LIN,
WEI JIAN MA, HONG HUI SU, DANNY
WONG a/k/a TIN CHO WONG, WAN YA
WONG, WEI HUA WU, XUE BIN ZHANG,
YING JUN ZHAO, ZEN QUAN ZHAO,
ZHONG LIU, and YOU SI HUANG,

                 Plaintiffs,

-against-

JING FONG RESTAURANT, INC., SHUI LING
LAM, YAU MING LAM, CHUN TSUI, CHUNG
KO CHENG, POK MAN LEUNG, and K. MING
LAM,

                 Defendants.

------------------------------------------------------------- x

ECF Case

Case No: 08 CV 5404 (DC)

**NOTICE OF APPEARANCE**

       The undersigned, Philip A. Goldstein, hereby enters his appearance as counsel for Defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and K. Ming Lam in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

\6521941.1

Dated: August 29, 2008
      New York, New York

                                    McGUIREWOODS LLP

By: _____
Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Counsel for Defendants

\6521941.1